**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
NEW YORKERS FOR RELIGIOUS LIBERTY, INC., GENNARO AGOVINO, CURTIS CUTLER, LIZ DELGADO, JANINE DEMARTINI, BRENDAN FOGARTY, SABINA KOLENOVIC, KRISTA O'DEA, DEAN PAOLILLO, DENNIS PILLET, MATTHEW RIVERA, LAURA SATIRA, FRANK SCHIMENTI, JAMES SCHMITT, individually and on behalf of all other persons similarly situated,

                Plaintiffs,

- against -

THE CITY OF NEW YORK; ERIC ADAMS, in his official capacity as Mayor of the City of New York, DAVE CHOKSHI, in his official capacity as Health Commissioner of the City of New York, and ROBERTA REARDON, in her capacity as New York State Commissioner of Labor,

                Defendants.
------------------------------------------------------------------------ x

Case No. 1:22-cv-00752

ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Upon the accompanying declaration of Jonathan R. Nelson, Esq., executed on February 10, 2022, with exhibits attached thereto, the additional declarations of GENNARO AGOVINO, CURTIS CUTLER, LIZ DELGADO, JANINE DEMARTINI, BRENDAN FOGARTY, SABINA KOLENOVIC, KRISTA O'DEA, DEAN PAOLILLO, DENNIS PILLET, MATTHEW RIVERA, LAURA SATIRA, FRANK SCHIMENTI, JAMES SCHMITT, JOHN GARLAND and WILLIAM TOTH, verified on February 10, 2022, all with the exhibits attached thereto, the supporting memorandum of law, the copy of the complaint dated February 10, 2022 hereto annexed, it is:

**ORDERED**, that the plaintiff has demonstrated good cause for setting an expedited

briefing schedule in this proceeding; and it is further

**ORDERED**, that the above-named defendants show cause before a motion term of this Court, at Room____, United States Courthouse, _____, State of New York, on, 2022, at in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

1. Temporarily enjoining enforcement of any COVID-19 vaccine requirement for employees working in New York City issued through Orders of the Commissioner of the New York City Department of Health and Mental Hygiene ("DHMH");

2. Or, in the alternative, temporarily enjoining any adverse action for noncompliance with a COVID-19 vaccine requirement imposed by the Commissioner against employees who submit religious accommodation requests; and

3. Granting such other and further relief as the Court may deem just and proper; and it is further

**ORDERED** that sufficient cause having been shown, pending a hearing of the Plaintiff's application for preliminary injunction, but in no event more than fourteen days beyond the issuance of this order unless extended by the Court, a temporary restraining order is GRANTED, and all COVID-19 vaccine requirements imposed through Orders of the Commissioner of the New York City DHMH are stayed; and it is further

**ORDERED** that no security should be required of the Plaintiff because Defendants would incur no additional expenses from the relief requested herein; and it is further

**ORDERED,** that_____service of a copy of this order, the complaint, the memorandum of law, and the declarations and exhibits upon the defendants on or before _____A.M./P.M., on _____, 2022, shall be deemed good and sufficient service thereof.

_____
United States District Judge