# Exhibit "A"

## Religious Exemption for Covid Vaccination.

I, Curtis S. Cutler Jr. as an employee of the Dept. of Sanitation of New York City am writing this letter in regards to religious exemption from vaccination. I have come under the religious and moral conviction that taking the covid vaccination would violate both aspects. I am a sincere and genuine follower of Christianity for almost 10 years which took many life changing adjustments. I have been an active member of my local church in good standing since 2011. I believe the Bible is the standard of life in everything that pertains to ethics, wisdom and moral duty.

**Some of the scriptural evidences used to undergird my convictions in regards to this matter are as follows:**

- **The conscience** (Romans 14:22-23) The faith which you have, have as your own conviction before God. Happy is the one who does not condemn himself in what he approves. [23] But the one who doubts is condemned if he eats, because *his eating is* not from faith; and whatever is not from faith is sin.

The broader context of this verse is about not violating one's conscience in adiaphorous matters such as eating, but is expanded to essential matters in that to violate one's conscience is sin. The Christian is to avoid sin at all possible costs.

- **Theology of the body** (1 Corinthians 6:19-20) Or do you not know that your body is a temple of the Holy Spirit within you, whom you have from God, and *that* you are not your own? [20] For you have been bought for a price: therefore, glorify God in your body.

The above scripture speaks of how one should view their own body. I am but a manager of this physical body that has been gifted me. I believe that this vaccination will not be profitable and would violate my convictions in managing God's body.

- **Fear** (Matthew 10:28) And do not be afraid of those who kill the body but are unable to kill the soul; but rather fear Him who is able to destroy both soul and body in hell.

This verse speaks of fear being put in the right perspective. I am morally obligated to not fear those things of the world, as well as men, or whatever may pose a threat to my physical existence. But rather walk in in faith knowing I have placed a reverent fear in my obligations to my God before all things.

**Protected Categories Under the City's EEO Policy.**

<u>**Creed or Religion:**</u> Includes all aspects of religious observance, practice and belief, including moral ethical beliefs as to what is right and wrong which are sincerely held with the strength of traditional religious views.

I am grateful for such policies the city has provided, as well as, The civil rights act of 1964, for the protection for sincere religious persons such as myself. From the earliest church fathers, as well as, the new testament itself there is strong traditional religious views on the believer and his/her conscience towards God. I am so thankful for the DSNY and the opportunity it has provided for me and my family.

Confidentially and Sincerely,


Curtis S. Cutler Jr.

## Religious Exemption for Covid Vaccination.

I testify that the statement above is sincere and truthful.

X _____

Pastor George Ippolito

X _____

Curtis S. Cutler Jr.

This document was signed in the presence of both parties above on the date of August 20th, 2021

X _____

Notary Public

OLEG DZHUR
Notary Public - State of New York
NO. 01DZ6330081
Qualified in Richmond County
My Commission Expires Sep 8, 2023



REF # 1456 276

Dob: ▮

SS LAST 4: ▮