# Exhibit "B"

# Religious Exemption for Covid Vaccination.

NAME: CURTIS CUTLER
REFRENCE # 1456276
SANITATION WORKER
LOCATION: SI02
Date: 10/26/2021

**Three important questions examined and answered.**

**1. How long have you participated in this belief?**
I came to faith approximately 10 years ago.  Since then, my life has changed in monumental ways.  These changes have affected my foundational worldview that touches every aspect of my life.  As I matured in my understanding of biblical Christianity, my knowledge and conscience grew as well.  I now have held the biblical title/office of Deacon for approximately 6 years. I've served, in good standing, a religious body of people to this current date. Tottenville Evangelical Free Church holds many members who will yield testimony to this fact. May I also add that religious convictions are based on religious experience.  There should be no judgment according to length of time from an outside party.

**2.  Do I or have I received other forms of vaccines?**
Well, I must answer this question carefully.  After all, people like myself who come to faith in Christ are not the same people we were before.  In biblical Christianity, we by nature of being born into the world by natural means, are not religious by default.  The scripture in contrast affirms we are made believers by the grace of God. This is called "being born again". *Jesus responded and said to him, "Truly, truly, I say to you, unless someone is born again he cannot see the kingdom of God." (John 3:3).*  This Christian experience means a person's actions (whether passive or active) in the past may not line up with one's religious convictions through the course of one's life.  But rather, through the edification of the word of God, a person's conscience may become honed as well.  This pillar of Christian truth is found many places in the scriptures, but I will briefly point to the book of Romans chapter 12.  *Therefore, I urge you, brothers and sisters, by the mercies of God, to present your bodies as a living and holy sacrifice, acceptable to God, which is your spiritual service of worship. 2 And do not be conformed to this world, but be transformed by the renewing of your mind, so that you may prove what the will of God is, that which is good and acceptable and perfect. (Rom 12:1-2)*
The renewing of the mind is a process within our religious belief that is non-negotiable.  When the mind learns about the will of God, the conscience becomes conformed to what is our spiritual service before God.  When a Christian's conscience is sincerely made up about an issue it is to be held with the highest reverence and love for God as possible.  As a believer in Jesus this is imperative. The Apostle Paul tells us this in 1 Timothy 1:19 *keeping faith and a good conscience, which some have rejected and suffered shipwreck in regard to their faith.* To reject the convictions of my conscience may shipwreck my faith. So to answer the question above, yes I have been given vaccines in the past but I was not a religious person and my conscience was not yet edified and firmly established in God's Most Holy Word. Therefore, my religious experience and conscience changes are consistent with Christian doctrine and born again experience.

As a religious leader and teacher I will say it is **consistent** in our theological doctrine and religious experience that an individual's convictions, in all areas of life (including this issue), may change but **hold just as much weight as essential religious convictions**.

# Religious Exemption for Covid Vaccination.

I'm not Roman Catholic, Jehovah's Witness or Orthodox Jewish but rather a protestant who can draw a long line of religious lineage and pedigree.  It is Christ Himself who is the cornerstone of the church, and the prophets are our foundation.  There is more historical literature written to uphold my beliefs and show my beliefs are of equal religious importance as any other religious group.  To deny this would be religious discrimination.

**3. How do my religious beliefs affect other medical decisions?**

According to biblical doctrine, our bodies are not our own but we are mere managers and stewards of God's property.  *1 Corinthians 6:19-20 Or do you not know that your body is a temple of the Holy Spirit within you, whom you have from God, and that you are not your own? 20 For you have been bought for a price: therefore glorify God in your body.*  This brings great weight when making any decisions regarding historical and contemporary medical theories and practices.  I myself am convicted based on my strong belief that my God gave me an immune system alongside the healing/upholding power of Christ.  *Colossians 1:17   He is before all things, and **in Him all things hold together**.* This is what my body requires when it comes covid and variants.  This medical decision is based upon my faith and the command from God to protect and to provide.  As leader/provider of my household I will not risk polluting my temple and driving my family into desolation.  My faith has convicted me in many areas of medical practice.  These convictions include but are not limited to; medical research based on aborted baby tissue, DNA manipulation, opioid medications, psychotropic drugs, and coerced human testing.  I also believe much of what my body needs is a healthy life style to thrive and flourish.  I do not smoke and I work out 4-5 days a week.

It is my deepest and sincere faith convictions that bring me to the medical conclusions I have about declining covid vaccines.

Thank you.

*Psalm 103:1-3*

*Bless the Lord, O my soul,*

*and all that is within me,*

*bless his holy name!*

*2 Bless the Lord, O my soul,*

*and forget not all his benefits,*

*3 who forgives all your iniquity,*

*who heals all your diseases*

Sincerely,

Deacon Curtis Cutler.