# Exhibit "E"

From: NYC Employee Vaccine Appeals <vaxappeal@dcas.nyc.gov>
Date: 1/6/22 7:03 PM (GMT-05:00)
To: cutlerarts@aol.com
Subject: Reasonable Accommodation Appeal Determination

---

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination, all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal. Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request.

The decision classification for your appeal is as follows: Does Not Meet Criteria

Pursuant to the City of New York's policy concerning the vaccine mandate, you now have three business days from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).

**three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).