# Exhibit "F"



**sanitation**
Edward Grayson Commissioner

Javier D. Lojan
Director
Bureau of Administration

Acting Executive Director of
Human Resources

New York City
Department of Sanitation
59 Maiden Lane
5th Floor
New York, NY 10038

January 31, 2022

**VIA EMAIL & OVERNIGHT MAIL**

Curtis Cutler
Reference: 1456276
5279 Arthur Kill Rd Apt A1
Staten Island, NY 10307
twistedbrushfx@aol.com

Re: Proof of Vaccination Required by February 11, 2022

Dear Curtis Cutler:

You have been placed on Leave Without Pay status due to your noncompliance with the Order of the Commissioner of Health and Mental Hygiene dated October 20, 2021 that all City employees provide proof of receipt of a COVID-19 vaccine. Additionally, you have elected not to continue health benefits coverage while on Leave Without Pay status through June 30, 2022, pursuant to an agreement between your union and the City. **Please be advised that your position with DSNY will be terminated if you do not submit proof of receipt of a COVID-19 vaccine by 5:00pm on February 11, 2022.**

Compliance with this requirement is a condition of your continued employment with the City. Failure to provide proof of vaccination by February 11, 2022 will result in the termination of your employment with DSNY. For information regarding where you can receive a COVID-19 vaccine, please visit https://vaccinefinder.nyc.gov/.

Please submit proof of receipt of a COVD-19 vaccine as soon as possible, but no later than by 5:00pm on February 11, 2022. If DSNY does not receive your proof of receipt of a COVD-19 vaccine by this date and time, your employment will be terminated.

Sincerely,

*Javier D. Lojan*

Javier D. Lojan

New York's Strongest