# Exhibit "D"

**From:** ReasonableAccommodation <ReasonableAccommodation@doi.nyc.gov>
**Sent:** Monday, December 20, 2021 5:50:52 PM
**To:** Liz B. Delgado <LDelgado@doi.nyc.gov>
**Cc:** ReasonableAccommodation <ReasonableAccommodation@doi.nyc.gov>; DOICOVIDINFO <DOICOVIDINFO@doi.nyc.gov>
**Subject:** RE: [EXTERNAL] Notification of Appeal Determination for Liz Delgado

Please see the below email from NYC Employee Vaccine Appeals. You

should have received email notification to your DOI email.  Please respond to this email to confirm receipt.

As the below email indicates, your appeal was denied.  We understand that you are currently out of the office and will be returning on Monday, December 27, 2021. Following your return to the office, please submit proof of vaccination within three business days (Thursday, December 30, 2021) to DOICOVIDINFO@doi.nyc.gov or you will be placed on Leave Without Pay (LWOP).

\-\-\-\-\-\-\-\-\-\-\-

**From:** noreply@salesforce.com <noreply@salesforce.com> **On Behalf Of** NYC Employee Vaccine Appeals
**Sent:** Monday, December 20, 2021 10:33 AM
**Subject:** [EXTERNAL] Notification of Appeal Determination for Liz Delgado

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

This is to advise you that the City of New York Reasonable Accommodation Appeals Panel has decided to deny the appeal of Liz Delgado.

Employees who were able to submit their appeals directly through the portal will be notified by e-mail. If you submitted Liz Delgado's appeal on their behalf, we ask that you notify them promptly of this determination. If the appeal was denied, Liz Delgado will have **three business days** from the date you inform the employee to submit proof of vaccination. If the employee does not, they will be put on LWOP. If the appeal was granted, the employee will be permitted to continue coming to work unvaccinated on the condition they continue weekly testing.

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.