# Exhibit "F"

**From:** Shayvonne Nathaniel <███████████████████>
**Date:** January 31, 2022 at 4:26:22 PM EST
**To:** ███████████████
**Cc:** ReasonableAccommodation <████████████████████>
**Subject: Vaccine Mandate Compliance - Waivers**

Dear Liz Delgado,

Pursuant to an agreement with your union, you must be provided with the attached waivers following the denial of your appeal by the City of New York Reasonable Accommodation Appeals Panel. Please respond at your earliest convenience with a signed waiver or an email indicating that you do not wish to sign any of the attached waivers.   You are provided with twenty-one (21) days to review and consider whether to sign any of the attached waivers. You must respond by **Tuesday, February 22, 2022**.

If you have any questions, you should consult your union representative. You are <u>also</u> advised to consult with an attorney before executing any agreements or releases.

Please respond to this email to confirm receipt.

Regards,
Shayvonne Nathaniel

Confidentiality Notice: This e-mail communication, and any attachments, contains confidential and privileged information for the exclusive use of the recipient(s) named above. If you are not an intended recipient, or the employee or agent responsible to deliver it to an intended recipient, you are hereby notified

that you have received this communication in error and that any review, disclosure, dissemination, distribution or copying of it or its contents is prohibited. If you have received this communication in error, please notify me immediately by replying to this message and delete this communication from your computer. Thank you.