# Exhibit "A"

# Request for Religious Exemption
# Janine DeMartini

James Magalee
Executive Director & CEO
The Child Study Center of New York

Dear Mr. Magalee

My name is Janine DeMartini. I am currently an employee of the Child Study Center of NY in the Staten Island school. My position is School Social Worker/Therapist. I have been an employee in good standing since starting in October 2018. I look forward to many wonderful years with The Child Study Center of NY as a valued employee making a difference in the lives of Pre-K children with a disability.

I am writing to you to inform you about my Religious Exemption (RE) to Vaccine Mandates; Pursuant to NYP Health Code 2165 and my rights to religious freedom within the 1st Amendment of the United States Constitution. As well as Title VII and the ADA require an employer to provide reasonable accommodations for employees who, because of a disability or a <u>sincerely held religious belief, practice, or observance</u>. I am writing to aid you with understanding my religious perspective and offering up a history of my Spiritual and Religious convictions. Considering this is a highly sensitive topic, I wish to state that I kindly request that my Religious Exemption (RE) be held in the utmost confidential standing and kept as private.

Until recently, I was unaware that I had the right to refuse Vaccines based on a RE with my spiritual and religious beliefs. When starting at the Child Study Center I was told that I had to have my vaccine status updated, it was necessary to have in order to secure my position. I was coming off unemployment, and as a single parent with 2 young children, it hurt my core to do so. I feel like I had betrayed by beliefs and tainted my relationship with the Ancient Gods in doing it. Previously I have gone many years without having to vaccinate, even the Flu, as my Gods have always watched out for me and aided me with natural remedies for when I was sick.

However, I did so, due to pressure for needing a job, believing that this would be the last time and that my Gods would forgive me for going against Nature. I was whole heartedly wrong. Since having that experience, I have felt a disconnect with my Gods. I

have had a disruption in my Connection to the Ancient Gods, which has tortured my soul for many years, I have vowed to never go against my religious beliefs again. That I must remain pure in body mind and soul, to be with my Gods and in their good graces. Working on the body in a natural way, is how Mother Nature and the Gods have intended me to exist. I am created in their image and how they have designed me. It has taken many years to start to feel that connection to my Gods again and I shall not let any Vaccine or test destroy my connection to them again.

## HISTORY

As a child I had no choice in how I was raised or what Vaccines I was given. Though back when I was a child there were far less vaccines given out than there are in this day and age. I was raised Catholic but at a young age, I heard a calling to the path of Nature, Paganism and then to Ancient Wiccan God and Goddess (Gods). I began my studies at the age of 10, when information was few and far between. I was determined and studied Nature religions in all its forms, which included other belief systems that have a multi-deity core belief. As a child I was used to hardships and going down this path on my own, as Paganism/Wicca was not a common practice where I lived. Those I grew up with, both family and friends, were Catholic or of a similar Catholic belief system. It took many years for me to meet likeminded individuals who were on the same Nature path as me.

In the early days, I found other Pagans/Wiccans at a store in NYC called "The Magical Childe". It was there that I was introduced to different types of Pagan paths. To know which was right for me, I ended up exploring as many of them as I could. I had dedicated myself to the Ancient Wiccan Gods and wanted to explore the best way I could work with them. I spend years taking classes, having mentors, teachers, High Priests and High Priestesses guiding me. I wanted to learn all about the different Nature paths, Pagan systems and Wiccan Gods. I had joined many Pagan and Wiccan groups and finally found home. I was exposed to all the wonderful gifts Nature and the Gods have given to us and how the Mind, Body and Soul are connected to Nature though the Gods.

> *Hoof and Horn, Hoof and Horn,  All that dies shall be reborn*
>
> *Corn and grain, Corn and grain,   All that falls shall rise again.*

(energy raising chant)


Though many years of studies I have found a connection with the Ancient Gods though various methods such as nature, herbs, oils, aroma therapy, meditation and self-reflection. It connected the mind, soul, and the body, aided with relaxation and gave peace to my spirit. I began working with Tarot card, Crystals, Gems, and Rune stones to connect to the Gods and hear their messages. Once I became proficient enough, I even began teaching classes.

Embracing the Wheel of the Year is critical to the Pagan/Wiccan path. The wheel of the year is also known as the Cycle of Life. In Paganism and Wicca, 3 (THREE) is a magical number. The Power of 3 is critical in our belief system. It embraces the idea that we are born, we die and we are reborn, aka Life, Death and Rebirth. The Wheel of the Year is an ancient practice based on the Solar and Luna calendars. It aids me with celebrating my connection to Nature and our Ancestors. The power of 3 works with not just the stages of our lives (life, death and rebirth) but the Gods- Maiden, Mother and Crone, the stages of a female life and Son, Lover, Father, the stages of a male's life. The Sun, Moon and Stars, are another example of the power of 3. A mother goes through 3 stages of pregnancy, 1st trimmest, 2nd trimester and 3rd trimester. Each stage is 3 months long, further connection a mother has to her child in a magical and nature-based way. As Mother Earth is connected to me

*Merry Meet, Merry Part and Merry Meet Again.*- A chant for closing in a typical ceremony in which we state the power of 3 and bless all those who were in attendance.

It was here that I embraced a healthier way of living. My connection to the Earth and my impact upon her was clear. What I put into my body had an effect on my connection to her. The more toxins I put into my body, the worse I felt and the less I felt connected to The Gods. The healthier I ate and was, the more of a connection I had with the Earth. It was then that I knew I had to limit the toxins, medication and vaccines I put into my body and find more natural remedies for healing purposes. I am highly allergic to many pain medications and I am in danger of a deadly reaction if ingested. Though much research and soul searching with my Gods, I choose to use a more natural path and trust in my body to heal itself. It provides me a deeper connection with my Ancient Gods.

*Isis, Astarte, Diana, Hecate, Demeter, Kali, Inanna*- A Goddess chant for connecting to the Goddess during spiritual need.

I saw that when I took medication for my ailments, I lost a connection to my Ancient Gods. What healings they provide for me naturally, I was stripping away with man-made medications and vaccines. I felt my mind, body and soul were disconnected and fragmented with each impure vaccine that I was forced to take. I am convinced this is the reason I had lost my connection to the Ancient Gods for many years. I held manmade medicine in a higher value than the relationship with my Gods and how they provide for me in a natural way. Ex- when I have a sore throat, while antibiotics have some ability to help me, Nature does it better with Honey, which has an antibacterial property in which prevents bacterial from growing and heals the body with a natural property. I much rather stay connected to my Gods and take Honey than an antibiotic that will systematically destroy my connection to the Ancient Gods.

During my strong religious belief and practices many years ago, I had created a newspaper here locally and a community group called Voice of the Old Ways (aka VOW). I ran some VOW teaching lessons about the Mind/Body/Spirit connection and it was popular for many years. As I and VOW continued to grow, I had immersed myself in the local Pagan/Wiccan community. Those were great years in which I made many deep spiritual connections to other individuals. In the years after I ended VOW to seek out deeper connections with my Ancient Gods, I received the calling from the Gods to seek out Coven work and leave the solitary eclectic path. It was then that the Ancient Gods inspirited me to aid others in their journey as I continue on my journey with the Gods. During this time in 2006, I had written and published a book that details much of what I have described here. It is a compilation of struggles and successes in my connection with the Gods.

> _Listen to the words of the Great Father, who of old was called Osiris, Adonis, Zeus, Thor, Pan, Cernunnos, Herne, Lugh and by many other names. My law is harmony with all things. Mine is the secret that opens the gates of life and mine body is the earth that is called Cernunnos, that is the eternal circle of rebirth._ --The God chant for when I need Strength in my life and guidance.

I have since been ordained as a High Priestess (HPS) in my British Traditional Wiccan religion over 15 years ago. _A HPS is a highly regarded spiritual leader_. I spent years studying and training so that I can be a guiding light for those on the Wiccan path. I have led religious study groups, taught aspects of the Nature Wiccan path and have taught spiritual groups known as Covens.

Wicca is a nature-based religion with a Holy core belief in the Human Body-Earth connection. Among the sacred tenants of my faith is the core words of the Wiccan Rede- **These Eight words of the Rede fulfill-And Harm thee none, Do what thee will**". These are a core tenants of my Wiccan Earth Based Faith. To do Harm to myself knowingly strikes against this core tenant.

> _Can you hear the Heartbeat of the Earth?_
> _Can you hear the Heartbeat of the Earth?_
> _The rhythm comes and the rhythm goes_
> _The river ebbs and the river flows_
> _Can you hear the Heartbeat of the Earth_?-Earth Chant

A major part of the Wiccan belief is in individual's right to decide and choose the path in which they want to live, body, mind and soul. This means it is critical that I make life and health decisions that I feel is best for me as I walk the Wiccan Path. My family and I believe in natural immunity. It is against my religious beliefs for me to be taking anything that goes against my best judgment and Gods-given free-will to use Nature the way we were designed to.

Our connection and worshiping of the elements (often represented by a 5-pointed star), Earth, Air, Fire, Water and Spirit are the way we see and connect to the world around us in the Wiccan Faith. Earth is our body, Air is the breath we take in, Water is the fluid in our bodies, Fire is our blood and Spirit is our mind and soul which has reincarnated and shall reincarnate again. I have studied many different paths and aspects of the Wiccan religion throughout the years of my life. I am raising my children on the Wiccan spiritual path and aiding them to connect with Nature through seeing the relations of their body to the Earth. Ex- the Human body is 70% water, and the Earth is also 70% water.

*Air I am, Fire I am, Water, Earth and Spirit, I am*, this is one of my religious chants in which helps me connect to the Ancient Wiccan Gods of Nature.

One of the Religious convictions I have is the Mind/Heart/Soul/Body Connection. To harm one, is to harm the rest. The loss of one of these connections would be painful. The loss of all of them would be devastating. I cannot imagine how my life would proceed if that were to happen. It is against my religious beliefs to take any vaccine which would destroy my connection to the Earth by damaging my body and severing the ties I hold as a CORE Religious belief.

## TURNING POINT- Tragic Medical Experiences

As stated above, my body does not tolerate pain medication. I feel this is due to my vaccine history and how it has destroyed the mind body soul connection to my Ancient Gods. I am convinced that vaccines, which are manmade, and started in the 60's, does not have my best interest in mind as they have severed the healing process with pain that I go through. As of today, I can best heal my pain with natural remedies. Most medications that aid with pain relief harm my body. I am severely allergic to pain medications and must rely on my body to do the job medicine cannot do. Therefore, I have learned to tolerate and heal my pain as the Ancient Gods had my ancestors do in the past.

To further stand in my convictions I will share a deeply troubling point in which has shaken me to my core. When my son was 7 years old, he was forced on a medication as I was told it would help him. I was hesitant, I wanted to explore more natural ways, therapeutic ways and social exploration but was told by the medical community that this was the best way to help him. I was pressured into over medicating my 7-year-old child. My son was on this medication for 3 days and had to be pulled off. He ended up developing several neurological problems. When I confronted doctors, the medical community blamed my 7-year-old son for having pre-existing conditions (which he did not) and conditions that probably left him pre-disposed to having these neurological issues. A child who did not have neurological problems before, now had many after being on their approved medication for just 3 days. **This was a huge turning point for me**. They never once blamed the medication and then continue to pressure me to put him on even more medications to counter act the damage the previous medications had

done to him. It was when I stopped their medications, cleared my son of the toxins they were shoving in his body, worked with my Ancient Gods and my faith to aid him in a natural way, did I start to see improvements.

It was an eye-opening experience that the medical community had one goal in mind, to medicate without considering the individual and their needs. As a Wiccan mother and someone who was dismissed when asking about non-medical treatments, I was brushed aside. My son became just another statistic and was forgotten about. I worked really hard, praying to my Ancient Gods, and researching more natural methods to aid my son with his neurological issues.

> *The Happiness we seek can be attained only through the purification of our minds-* Dalai Lama

Once I found a way to help his natural immune system work to aid him, his body and his neurological issues improved. The first step was clearing him of the toxins in his body. I am proud to say that after much hard work and many years of intense Natural treatments of minerals, vitamins and herbs, my son has made marvelous progress and recovery. I do not believe the medications they were insisting he take would have helped him. I am convinced they would have damaged or even killed him. As a mother, this was a horrific and *terrifying turning point for me* and one of the hardest lessons I had to learn.

My body is a sacred temple. As a Wiccan Mother, I tell my children this all the time. The Mind Body Soul connection is sacred to me and taking any vaccines would damage and sever my connection to the Ancient Gods. In order to continue practicing my Divine Natural Wiccan Earth based Religion, I cannot be vaccinated. My religious convictions see my body as the sacred temple in the way the Gods have created me. To inject any vaccines in my body would make my body impure to the Ancient Gods. Vaccines would destroy that temple of my body, destroy my faith and destroy my connection to the Devine Gods. Polluting my Body, Mind and Soul with any vaccines, goes against all of my Wiccan ethics of doing to harm, especially to one's self.

> *Be fearless and pure; never waver in your determination or your dedication to the Spiritual Life-* Bhagavad Gita

If I inject a vaccine into my body, I am harming myself and breaking the code of the Wiccan Rede. By getting a vaccination, I would have put my trust in man first, and man-made medicine. I would no longer be putting my faith, trust and love in the hands of the Ancient Gods of my Wiccan religion. This is a direct violation of my personal religious ethic codes and it is why I cannot be vaccinated. If I put vaccines, which are a part of the present world and not of the Ancient Gods of Old and Wiccan beliefs that trace back thousands of years, I am rejecting the Natural order of things and putting man above the Gods and severing my ties with the Gods. The Gods have provided plants and natural medicines that heal and have been in use for thousands of years. To ignore what has

been a proven Natural healing of the Body, Mind and Soul would be a disgrace and a disconnect from my connection to the Gods.

*She who is beauty of the green earth, and the white moon among the stars, and the mystery of the waters, and the desire of the heart of man, calls unto they soul. Arise and come unto her. For she is the soul of nature, who gives life to the universe. From Her all things proceed and unto Her, all things must return.* --- Goddess Chant which connects The Goddess to Earth and myself.

In conclusion, I thank you for keeping my RE request in confidential, as this is a deeply personal and private matter. Every day as a Wiccan mother, I do my best to include Nature and Wiccan beliefs into our everyday way of life. As a dedication child of Nature and HPS of the Wiccan Path, I feel I will be judge by the Ancient Gods on how I live my life in connection with the Earth and Nature. I look forward to my continued employment with the CSC of NY. I hope that you are able to have a deeper understanding of my personal and religious beliefs, my connection to my Wiccan faith and to the Ancient Gods. May the Gods Bless you as you walk your path in life.

Sincerely,

*[signature: J DeMartini]*

Janine DeMartini

STATE OF New York
COUNTY OF Richmond

Sworn to (or affirmed) and subscribed before me this
8 day of Sept, 2021 by Janine M Martini

*[Notary Public's Signature]*   *[Notary Name: Suzann Rizzo]*

SUZANN P RIZZO
Notary Public - State of New York
NO. 01RI6404491
Qualified in Richmond County
My Commission Expires Feb 24, 2024