# Exhibit "B"

# THE CHILD STUDY CENTER OF NEW YORK

| **Administrative Office** | **Brooklyn School** | **Staten Island School** |
|---|---|---|
| 366 N. Broadway, Suite 408 | 167 Clemont Avenue | 285 Clove Road |
| Jericho, NY 11753 | Brooklyn, NY 11205 | Main Entrance 33 White Place |
| Phone: 516-822-1192 | Phone: 718-854-3710 | Staten Island, NY 10310 |
| Fax: 516-822-1084 | Fax: 718-854-3740 | Phone: 718-442-8588 |
| | | Fax: 718-442-6737 |

September 20, 2021

Ms. Janine DeMartini
█████████████
Staten Island, NY 10314

Dear Ms. DeMartini:

We are in receipt of your request for religious exemption as relates to the NYC-mandated vaccination requirement for our employees.

Unfortunately due to NYC directives that apply to Department of Education-contracted early childhood programs, they are not allowing any exemptions for religion or disability at this time. If this disallowance stands, we cannot provide you such an exemption. Also, because your job responsibilities require you to be in person with the children, we do not have any remote work available at this time.

Should your vaccination status change, please let us know. Also, if the current directives/mandates change, we will keep in touch.

Sincerely,

*James Magalee*

James Magalee
Executive Director & CEO