

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8625

February 11, 2022

**BY ECF**
Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Courtroom 4B South
Brooklyn, NY 11201

Re: *New Yorkers For Religious Liberty, Inc., et al. v. City of New York, et. al*, 22-cv-00752 (EDNY) (DG) (VMS)

Dear Judge Gujarati:

The Office of the New York State Attorney General anticipates representing Defendant Roberta Reardon, Commissioner of the New York State Department of Labor ("State Defendant"), once proper service is made upon her. We write in response to this Court's Order that all defendants file a written response to Plaintiffs' Emergency Order To Show Cause For A Preliminary Injunction and Temporary Restraining Order ("emergency motion") by 3:00 pm today. (ECF No. 7).

Annexed as **Exhibit A** is a true and complete copy of an email from Plaintiffs' counsel, Jonathan Nelson, Esq., dated February 11, 2022 at 11:09 a.m., informing our office that Plaintiffs "do not plan to ask for any immediate relief in the initial hearing against your client." I also spoke with Mr. Nelson and confirmed the same over phone today. As such, State Defendant takes no position on Plaintiffs' emergency motion against the City defendants.

Thank you for your time and consideration of this matter.

Respectfully submitted,

*/s/ Shi-Shi Wang*
Shi-Shi Wang
James B. Cooney
Assistant Attorneys General
Shi-Shi.Wang@ag.ny.gov

cc: All Counsel via ECF