UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

| | |
|---|---|
| NEW YORKERS FOR RELIGIOUS LIBERTY, INC., GENNARO AGOVINO, CURTIS CUTLER, LIZ DELGADO, JANINE DEMARTINI, BRENDAN FOGARTY, SABINA KOLENOVIC, KRISTA O'DEA, DEAN PAOLILLO, DENNIS PILLET, MATTHEW RIVERA, LAURA SATIRA, FRANK SCHIMENTI, JAMES SCHMITT, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiffs,<br><br>                -against-<br><br>THE CITY OF NEW YORK; ERIC ADAMS, in his official capacity as Mayor of the City of New York, DAVE CHOKSHI, in his official capacity as Health Commissioner of the City of New York, and ROBERTA REARDON, in her capacity as New York State Commissioner of Labor,<br><br>                              Defendants. | **DECLARATION OF BILAL HAIDER IN SUPPORT OF DEFENDANTS CITY OF NEW YORK'S, ERIC ADAMS'S, AND DAVE CHOKSHI'S MEMORANDUM OF LAW IN OPPOSITION OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>22 Civ. 752 (DG) (VMS) |

-------------------------------------------------------------------------x

       **BILAL HAIDER**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.      I am the attorney in the Office of George M. Pestana, Corporation Counsel of the City of New York, assigned to represent Defendants City of New York, Eric Adams, and Dave Chokshi, in the above-referenced action. As such, I am familiar with the facts stated below and hereby submit this declaration to place the relevant documents on the record in support of Defendants' Memorandum of Law in Opposition of Plaintiffs' Motion for a Preliminary Injunction.

       2.      Annexed hereto as Exhibit A is a copy of the Affirmation of Daniel Pollack dated February 10, 2022 and filed in New York State Supreme Court, County of New York on

February 10, 2022 in the matter of <u>The New York City Municipal Labor Committee, by its Chair Harry Nespoli, et al. v. City of New York, et al.</u>, Index No. 151169/2022.

   3. Annexed hereto as Exhibit B is a copy of the Affirmation of Eric Eichenholtz dated February 9, 2022 and filed in New York State Supreme Court, County of New York on February 10, 2022 in the matter of <u>The New York City Municipal Labor Committee, by its Chair Harry Nespoli, et al. v. City of New York, et al.</u>, Index No. 151169/2022.

Dated: New York, New York
   February 11, 2022

              GEORGIA M. PESTANA
              Corporation Counsel of the
              City of New York
              *Attorney for Defendants*
              100 Church Street
              New York, New York 10007
              (212) 356-3659
              bhaider@law.nyc.gov

         By: *Bilal Haider* /s
              Bilal Haider
              Assistant Corporation Counsel

cc: Counsel of Record (By ECF)