# Exhibit "1"

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Gennaro Agovino

**Employer:** New York City Department of Correction ("DOC")

**Declaration Citations:** ECF #9, ECF #47

**Date of Application:** October 27, 2021

**Agency Determination:** Denied on November 17, 2021

**Basis of Denial:** Undue hardship to the DOC

**Stricken SAMS Procedure Offered?:** Yes

**Citywide Appeals Panel Determination:** Denied on March 22, 2022

**Citywide Appeals Panel Explanation:** None

**Current Status:** Will be terminated on Monday, March 28, 2022 if he does not get vaccinated

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Curtis Cutler

**Employer:** New York City Department of Sanitation ("DSNY")

**Declaration Citations:** ECF #10, ECF #46-2, ECF #48

**Date of Application:** August 20, 2021

**Agency Determination:** Denied on November 19, 2021

**Basis of Denial:** "[T]he information you provided in support of your request has not sufficiently demonstrated to DSNY that there is a basis for granting you an exemption to the above Order, DSNY is denying your request for an accommodation"

**Stricken SAMS Procedure Offered?:** Yes

**Citywide Appeals Panel Determination:** Denied on January 6, 2022

**Citywide Appeals Panel Explanation:** "Does Not Meet Criteria"

**Current Status:** Terminated February 11, 2022

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Liz Delgado

**Employer:** New York City Department of Investigation ("DOI")

**Declaration Citations:** ECF #11, ECF #49

**Date of Application:** October 22, 2021

**Agency Determination:** Denied on November 19, 2021

**Basis of Denial:** "[Y]our request for accommodation has been denied because it is not based on a sincerely held religious, moral, or ethical belief."

**Stricken SAMS Procedure Offered?:** Yes

**Citywide Appeals Panel Determination:** Denied on December 20, 2021

**Citywide Appeals Panel Explanation:** None

**Current Status:** Terminated on March 1, 2022

**Plaintiff Status Page – March 24, 2022**

**Plaintiff:** Janine DeMartini

**Employer:** The Child Study Center of New York

**Declaration Citations:** ECF #12, ECF#50

**Date of Application:** September 9, 2021

**Employer Determination:** Denied on September 20, 2021

**Basis of Denial:** "[D]ue to NYC directives that apply to Department of Education-contracted early childhood programs, they are not allowing any exemptions for religion or disability at this time."

**Stricken SAMS Procedure Offered?:** No

**Citywide Appeals Panel Determination:** Not offered

**Citywide Appeals Panel Explanation:** N/A

**Current Status:** Terminated in September 2021

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Brendan Fogarty

**Employer:** Fire Department of New York ("FDNY")

**Declaration Citations:** ECF #13, ECF#51

**Date of Application:** October 23, 2021

**Agency Determination:** Denied on December 13, 2021

**Basis of Denial:** "The asserted basis for the accommodation is insufficient to grant the requested accommodation, particularly in light of the potential undue hardship to the Department."

**Stricken SAMS Procedure Offered?:** No

**Citywide Appeals Panel Determination:** Pending

**Citywide Appeals Panel Explanation:** N/A

**Current Status:** Leave without pay

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Sabina Kolenovic

**Employer:** New York City Department of Education ("DOE")

**Declaration Citations:** ECF #14, ECF #46-3, ECF#52

**Date of Application:** September 20, 2021

**Agency Determination:** Denied on September 22, 2021

**Basis of Denial:** "Your application has failed to meet the criteria for a religious based accommodation. Per the Order of the Commissioner of Health, unvaccinated employees cannot work in a Department of Education (DOE) building or other site with contact with DOE students, employees, or families without posing a direct threat to health and safety. We cannot offer another worksite as an accommodation as that would impose an undue hardship (i.e. more than a minimal burden) on the DOE and its operations."

**Stricken SAMS Procedure Offered?:** Yes; denied on October 2, 2021 with no explanation

**Citywide Appeals Panel Determination:** Denied on February 15, 2022

**Citywide Appeals Panel Explanation:** Undue Hardship

**Current Status:** Terminated on March 17, 2022

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Krista O'Dea

**Employer:** Fire Department of New York ("FDNY")

**Declaration Citations:** ECF #15, ECF #46-4, ECF # 53

**Date of Application:** October 23, 2021

**Agency Determination:** Denied on December 10, 2021

**Basis of Denial:** "The asserted basis for the accommodation is insufficient to grant the requested accommodation, particularly in light of the potential undue hardship to the Department."

**Stricken SAMS Procedure Offered?:** Yes

**Citywide Appeals Panel Determination:** Denied on February 20, 2022

**Citywide Appeals Panel Explanation:** Employer undue hardship

**Current Status:** Terminated on March 15, 2022

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Dean Paolillo

**Employer:** New York City Police Department ("NYPD")

**Declaration Citations:** ECF #16, ECF# 54

**Date of Application:** October 22, 2021

**Agency Determination:** Denied on November 30, 2021

**Basis of Denial:** None at first; then on February 8, 2022, received notice listing three reasons 1) "[o]bjection was personal, political, or philosophical," 2) "statement [did] not appear to be written by the applicant/generic statement that does not support candidate's request," and 3) "[n]o demonstrated history of vaccination/medicine refusal."

**Stricken SAMS Procedure Offered?:** No

**Citywide Appeals Panel Determination:** Denied on March 14, 2022

**Citywide Appeals Panel Explanation:** Does Not Meet Criteria

**Current Status:** Will be terminated on Friday, March 25, 2022 if not vaccinated

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Dennis Pillet

**Employer:** Fire Department of New York ("FDNY")

**Declaration Citations:** ECF #17, ECF #55

**Date of Application:** October 27, 2021

**Agency Determination:** Denied on December 14, 2021

**Basis of Denial:** "The asserted basis for the accommodation is insufficient to grant the requested accommodation, particularly in light of the potential undue hardship to the Department."

**Stricken SAMS Procedure Offered?:** No

**Citywide Appeals Panel Determination:** Pending

**Citywide Appeals Panel Explanation:** N/A

**Current Status:** Working

9

**Plaintiff Status Page – March 24, 2022**

**Plaintiff:** Matthew Rivera

**Employer:** Consolidated Edison ("ConEd")

**Declaration Citations:** ECF #18, ECF #56

**Date of Application:** December 26, 2021

**Employer Determination:** Granted on February 28, 2022, but subject to revocation

**Basis of Denial:** N/A

**Stricken SAMS Procedure Offered?:** N/A

**Citywide Appeals Panel Determination:** N/A

**Citywide Appeals Panel Explanation:** N/A

**Current Status:** Working

**Plaintiff Status Page – March 24, 2022**

**Plaintiff:** Laura Satira

**Employer:** St. Bernard's Catholic Academy

**Declaration Citations:** ECF #19, ECF #57

**Date of Application:** Not allowed to apply for religious exemption

**Agency Determination:** N/A

**Basis of Denial:** N/A

**Stricken SAMS Procedure Offered?:** N/A

**Citywide Appeals Panel Determination:** N/A

**Citywide Appeals Panel Explanation:** N/A

**Current Status:** On leave without pay as of December 16, 2021

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** Frank Schimenti

**Employer:** New York City Department of Buildings ("DOB")

**Declaration Citations:** ECF #20, ECF # 58

**Date of Application:** October 27, 2021

**Agency Determination:** Denied on November 4, 2021

**Basis of Denial:** "[T]he sincerely held religious beliefs that you identified do not prohibit you from taking the COVID vaccine."

**Stricken SAMS Procedure Offered?:** No

**Citywide Appeals Panel Determination:** Denied on December 6, 2021

**Citywide Appeals Panel Explanation:** None

**Current Status:** Terminated on February 11, 2022

## Plaintiff Status Page – March 24, 2022

**Plaintiff:** James Schmitt

**Employer:** New York City Department of Parks and Recreation ("Parks")

**Declaration Citations:** ECF #21, ECF #59

**Date of Application:** October 27, 2021

**Agency Determination:** Denied on November 17, 2021

**Basis of Denial:** "[Y]our supporting evidence was determined to be inadequately related to religion and you failed to engage in the interactive process."

**Stricken SAMS Procedure Offered?:** Yes

**Citywide Appeals Panel Determination:** Denied on December 28, 2021

**Citywide Appeals Panel Explanation:** Does Not Meet Criteria

**Current Status:** Signed waiver under duress and extended leave without pay until June 2022