# Exhibit "C"

| Case Number | Subject | Edited By | Field / Event | Old Value | New Value | Edit Date | Agency Vote Outcome | Initial RA Submitted? | Case Owner | Date/Time Opened | Age (Days) | Floor | Phase | Agency | Nature of Accommodation | Law Department Vote | CCHR Vote | DCAS Vote | Panelists Vote | Status | Service Request Number | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00001792 | Religious Appeal submitted for "Frank Schimenti" | David Rozen | CCHR Comments | | Employee contradictions. | 12/2/2021, 5:29 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 11/9/2021, 3:11 PM | 422 | 0 | 5 | Buildings | Religious | Reject | Reject | Reject | Denied | 7669579r | fschimenti@buildings.nyc.gov |
| | | David Rozen | CCHR Vote | | Reject | 12/2/2021, 5:29 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Sanford Cohen | DCAS Comments | | Employee's use of other products that used fetal cell lines for testing demonstrates that his opposition to COVID vaccination is a personal preference, not a sincerely held religious belief. His recital of religious beliefs is from internet template. | 12/5/2021, 4:58 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Sanford Cohen | DCAS Vote | | Reject | 12/5/2021, 4:58 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Comments | | Request based on personal preference against vaccination rather than religious belief. Articulated religious belief does not prohibit vaccination. | 11/17/2021, 11:06 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Vote | | Reject | 11/17/2021, 11:06 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| 00002422 | Religious Appeal submitted for "James Schmitt" | David Rozen | CCHR Comments | | Strongly held religious belief. Vaccines developed using fetal cells; supportive materials; cooperative dialogue does not provide contrary materials. | 12/8/2021, 2:21 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 11/18/2021, 1:21 PM | 396 | 0 | 5 | Parks | Religious | Reject | Approve | Reject | Denied | 9425612 | jamesschmitt28@yahoo.com |
| | | David Rozen | CCHR Vote | | Approve | 12/8/2021, 2:21 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Sanford Cohen | DCAS Comments | | Opposition is personal preference against COVID vaccine. No demonstration that employee applies fetal cell line concern to any product other than COVID vax. Description of belief is from internet template and not credible sincerely held. | 12/27/2021, 8:41 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Sanford Cohen | DCAS Vote | | Reject | 12/27/2021, 8:41 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Vote | | Reject | 11/18/2021, 4:01 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| 00002784 | Religious Appeal submitted for "Gennaro Aiezza" | David Rozen | CCHR Comments | | Employee Undue Hardship. | 12/13/2021, 1:08 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 11/23/2021, 12:49 PM | 397 | 0 | 5 | Correction | Religious | Reject | Reject | Reject | Denied | 8302780 | gennaro.aiezza@doc.nyc.gov |
| | | David Rozen | CCHR Vote | | Reject | 12/13/2021, 1:08 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Silvia Montalban | DCAS Comments | | DOC asserted undue hardship including risk to safety which can also exacerbate staff shortage. | 2/16/2021, 11:33 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Silvia Montalban | DCAS Vote | | Reject | 2/16/2021, 11:33 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | MacKenzie Fillow | Law Department Comments | | request motivated by personal preference rather than sincerely held religious belief; accom would prevent undue hardship | 11/27/2021, 10:23 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | MacKenzie Fillow | Law Department Vote | | Reject | 11/27/2021, 10:23 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| 00002792 | Religious Appeal submitted for "Curtis Cutler" | David Rozen | CCHR Comments | | No strongly held religious belief that would prevent vaccination. | 12/20/2021, 4:29 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 11/22/2021, 12:09 PM | 1086 | 0 | 5 | Sanitation | Religious | Reject | Reject | Reject | Denied | 8408764 | ccutler67@aol.com |
| | | David Rozen | CCHR Vote | | Reject | 12/20/2021, 4:29 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Sanford Cohen | DCAS Comments | | Opposition is personal preference against COVID vaccine. No demonstration that employee applies fetal cell line concern to any product other than COVID vaccine. | 1/6/2022, 6:26 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Sanford Cohen | DCAS Vote | | Reject | 1/6/2022, 6:26 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Comments | | Employee acknowledges receiving vaccines in the past. Appears decision not to vaccinate limited solely to COVID-19 vaccination. | 2/13/2021, 11:24 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Vote | | Reject | 2/13/2021, 11:24 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| 00003377 | Religious Appeal submitted for "Liz Delgado" | David Rozen | CCHR Comments | | No strongly held religious belief articulated that would prevent vaccination. | 12/8/2021, 4:21 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 11/24/2021, 2:40 PM | 420 | 0 | 5 | Investigation | Religious | Reject | Reject | Reject | Denied | 4385xxx | ldelgado@doi.nyc.gov |
| | | David Rozen | CCHR Vote | | Reject | 12/8/2021, 4:21 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Michael Reyes | DCAS Comments | | Religious objection to vaccine is vague. Employee refers to the power of healing and faith, but has relied on doctors for treatments. | 12/14/2021, 4:42 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Michael Reyes | DCAS Vote | | Reject | 12/14/2021, 4:42 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Comments | | Articulated belief does not preclude vaccination. Employee describes belief as choosing regarding individual medical treatments, which is an expression of personal preference rather than religious belief. | 11/30/2021, 1:32 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Vote | | Reject | 11/30/2021, 1:32 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| 00005724 | Religious Appeal submitted for "SABINA KOSIROVIC" | David Rozen | CCHR Comments | | Employee Undue Hardship. | 2/2/2022, 3:32 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 12/9/2021, 2:00 PM | 1057 | 0 | 5 | Education | Religious | Reject | Reject | Reject | Denied | 8892389 | skosirovic@schools.nyc.gov |
| | | David Rozen | CCHR Vote | | Reject | 2/2/2022, 3:32 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Silvia Montalban | DCAS Comments | | Affirming undue hardship as safety risk of unvaccinated employee interacting with others, even outside classroom, and cost-prohibitive diversion of resources for employee not to perform essential functions | 2/7/2022, 11:25 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Silvia Montalban | DCAS Vote | | Reject | 2/7/2022, 11:25 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Comments | | undue hardship | 1/28/2022, 11:44 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Eric Eichenholtz | Law Department Vote | | Reject | 1/28/2022, 11:44 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| 00006115 | Religious Appeal submitted for "Krista O'Dea" | David Rozen | CCHR Comments | | Employee Undue Hardship. | 1/14/2022, 1:30 PM | Deny Appeal | Yes | Oversight Panel Review Queue | 12/16/2021, 5:22 PM | 1081 | 0 | 5 | Fire | Religious | Reject | Reject | Reject | Denied | M129933 | kladyspice@hotmail.com |
| | | David Rozen | CCHR Vote | | Reject | 1/14/2022, 1:30 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Silvia Montalban | DCAS Comments | | Objection is personal preference based on inaccurate facts re vaccine contents when stating they "contain blood from sacrificed animals" and "contain aborted fetal cells." Affirming agency determination and undue hardship basis. | 2/16/2022, 11:57 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Silvia Montalban | DCAS Vote | | Reject | 2/16/2022, 11:57 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Seth Kramer | Law Department Comments | | Properly denied as undue hardship given employee is a paramedic. Employee otherwise sets forth a sincere religious objection. | 12/29/2021, 2:19 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Seth Kramer | Law Department Vote | | Reject | 12/29/2021, 2:19 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| 00006120 | Religious Appeal submitted for "Dennis Pitre" | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDA | REDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 2459755 | dennis.pitre@fdny.nyc.gov |
| 00007604 | Religious Appeal submitted for "DEAN PADUILO" | David Rozen | CCHR Comments | | Strongly held religious belief; Vaccines developed using fetal cells; supportive materials; cooperative dialogue does not provide contrary materials. | 2/15/2022, 10:16 AM | Deny Appeal | Yes | Oversight Panel Review Queue | 12/23/2021, 11:41 AM | 1046 | 0 | 5 | Police | Religious | Reject | Approve | Reject | Denied | 4569985 | dean.paulillo@nypd.org |
| | | David Rozen | CCHR Vote | | Approve | 2/15/2022, 10:16 AM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Sara Hassan | DCAS Comments | | Employee states "the COVID-19 vaccines I oppose are all researched, produced, and manufactured with aborted fetal cell lines..." The employee's objection is based on inaccurate scientific information and not a sincerely held religious belief. | 2/14/2022, 2:39 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Sara Hassan | DCAS Vote | | Reject | 2/14/2022, 2:22 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Lorenzo Di Silvio | Law Department Comments | | Request not based on sincerely held religious beliefs, and grant in any event would impose undue hardship on agency | 2/8/2022, 2:56 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| | | Lorenzo Di Silvio | Law Department Vote | | Reject | 2/8/2022, 2:56 PM | Deny Appeal | Yes | | | | | | | | | | | | | |
| 00008672 | Religious Appeal submitted for "Brendan Fogarty" | REDACTED | REDACTED | | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDA | REDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | 8677875 | rich6974@aol.com |