UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
NEW YORKERS FOR RELIGIOUS LIBERTY, INC., et al.,

                      Plaintiffs,

      - against -

THE CITY OF NEW YORK et al.,

                      Defendants.
---------------------------------------------------------------X

Case No. 1:22-cv-00752

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff NEW YORKERS FOR RELIGIOUS LIBERTY, INC. declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Dated: New York, New York
       May 18, 2022

                                          **NELSON MADDEN BLACK LLP**

                                          */s/ Jonathan R. Nelson*
                                          By: Jonathan R. Nelson
                                          475 Park Avenue South, Suite 2800
                                          New York, NY 10016
                                          (212) 382-4300
                                          jnelson@nelsonmaddenblack.com
                                          *Attorneys for Plaintiffs and the Class*