

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BILAL HAIDER**<br>Assistant Corporation Counsel<br>Labor and Employment Law Division<br>Phone: (212) 356-2549<br>Fax: (212) 356-3509<br>bhaider@law.nyc.gov |

June 13, 2022

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 East Cadman Plaza
Brooklyn, New York 11201

        Re:    New Yorkers for Religious Liberty, et al. v. City of New York, et al.
                 22 Civ. 752 (DG) (VMS)

Your Honor:

       I am an attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent City Defendants in the above-referenced matter. Pursuant to the Court's Order dated June 10, 2022, the parties jointly submit this letter setting forth the parties availability to participate in a mediation conference through the end of July.

       The parties have conferred and counsel for the parties are available on the following dates: June 27th, June 28th, July 11th and July 12th.

       Individual Plaintiffs are available to participate on the following dates:

- All four dates: Gennaro Agovino (only remotely) Curtis Cutler, Liz Delgado, Janine DeMartini (only remotely), Sabina Kolenovic (only remotely in July), Krista O'Dea (only remotely), Dean Paolillo, Dennis Pillet and Frank Schimenti.

- Plaintiff Laura Satira is available only for the proposed June dates.

- We do not have information yet about the availability of Brendan Fogarty, Matthew Rivera or James Schmitt for the proposed dates.

                                           Respectfully submitted,

                                           */s/ Bilal Haider*
                                           Bilal Haider
                                           Assistant Corporation Counsel

cc: Counsel for Plaintiffs (via ECF)