UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
NEW YORKERS FOR RELIGIOUS LIBERTY,
INC. et al.,

                                                                                         Case No.  1:22-cv-00752

                              Plaintiffs,

  - against -

THE CITY OF NEW YORK et al.,

                              Defendants.
----------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs through counsel hereby give notice that the above-captioned action is voluntarily dismissed against Defendant Roberta Reardon, in her capacity as New York State Commissioner of Labor, without prejudice.

Dated:  August 8, 2022                                      Respectfully submitted,

| GIBSON LAW FIRM, PLLC | NELSON MADDEN BLACK LLP |
|---|---|
| */s/Sujata S. Gibson* | */s/ Barry Black* |
| By: Sujata S. Gibson, Esq. | By: Barry Black |
| 832 Hanshaw Rd., Suite A | Jonathan R. Nelson |
| Ithaca, NY 14850 | Sarah E. Child |
| (607) 327-4125 | 475 Park Avenue South, Suite 2800 |
| sujata@gibsonfirm.law | New York, NY 10016 |
| | (212) 382-4300 |
| | bblack@nelsonmaddenblack.com |

*Attorneys for Plaintiffs and the Proposed Class*