UNITED STATES DISTRICT COURT         Civil Conference
EASTERN DISTRICT OF NEW YORK      Minute Order

Before: Diane Gujarati                 Date:      8/11/2022
           U.S. District Judge             Time:      3:00 p.m.

Court Deputy: Kelly Almonte
Court Reporter/Tape No: Stacy Mace

*New Yorkers For Religious Liberty, Inc. et al v. The City Of New York et al*
22-CV-0752 (DG)(VMS)

Type of Conference: Oral Argument

Appearances:    Plaintiff         Barry Black, Sarah Child

               Defendants     Lora Minicucci

Summary Minute Order for proceedings held before Judge Diane Gujarati: Oral argument on Plaintiffs' [85] Motion for a Preliminary Injunction held before Judge Diane Gujarati on August 11, 2022. Barry Black and Sarah Elizabeth Child appeared on behalf of Plaintiffs. Lora Minicucci appeared on behalf of the City Defendants. The parties were heard on the motion. For the reasons stated on the record, Plaintiffs' [85] Motion for a Preliminary Injunction was denied. The parties were directed to Magistrate Judge Vera M. Scanlon for discovery management.

SO ORDERED.

*/s/ Diane Gujarati*
DIANE GUJARATI
United States District Judge