UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
NEW YORKERS FOR RELIGIOUS LIBERTY, INC.,
et al.,

                                        Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.,
                                        Defendants.
------------------------------------------------------------------- x

Case No. 1:22-cv-00752

NOTICE OF INTERLOCUTORY APPEAL

      Notice is hereby given that Plaintiffs New Yorkers For Religious Liberty, Inc., Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine DeMartini, Brendan Fogarty, Sabina Kolenovic, Krista O'Dea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti and James Schmidt, individually and on behalf of all other persons similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered on August 11, 2022, denying Plaintiffs' Motion for a Preliminary Injunction. This appeal is taken from each and every part of the August 11, 2022 Order.

Dated: New York, New York
          August 17, 2022

| | |
|---|---|
| **GIBSON LAW FIRM, PLLC** | **NELSON MADDEN BLACK LLP** |
| */s/ Sujata S. Gibson* | */s/ Barry Black* |
| By: Sujata S. Gibson, Esq.<br>832 Hanshaw Rd., Suite A<br>Ithaca, NY 14850<br>(607) 327-4125<br>*Attorneys for Plaintiffs* | By: Barry Black<br>Jonathan R. Nelson<br>Sarah E. Child<br>475 Park Avenue South, Suite 2800<br>New York, NY 10016<br>(212) 382-4300<br>*Attorneys for Plaintiffs* |

To: All counsel via ECF