| | |
|---|---|
| **GIBSON LAW FIRM, PLLC** | **NELSON MADDEN BLACK LLP** |
| Sujata S. Gibson, Esq. | Jonathan R. Nelson, Esq. |
| 408 W Martin Luther King, Jr. St. | 475 Park Ave. S., Suite 2800 |
| Ithaca, NY 14850 | New York, NY 10016 |

August 17, 2022

**By ECF**
Hon. Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *New Yorkers For Religious Liberty, Inc. et al., v. The City of New York, et al.,*
           Case No.: 22-cv-00752-DG-VMS

Dear Judge Gujarati:

      Pursuant to Rule 62(d), Plaintiffs request that this Court grant an injunction as requested in our recent motion papers or, alternatively, a stay of enforcement of the Defendants' Mandates, as identified in Plaintiffs' First Amended Complaint against Plaintiffs and the proposed class identified in said complaint, pending interlocutory appeal of this Court's August 11, 2022 Order denying Plaintiffs' motion for a preliminary injunction, which Plaintiffs have appealed to the Court of Appeals.

      Plaintiffs rely on the papers submitted previously in support of the aforesaid motion. Each day represents fresh ongoing irreparable harm, as Plaintiffs and their colleagues are forced to choose between their faith and their job, in violation of the First Amendment. Loss of such First Amendment rights "for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 US 347, 373 (1976).

      Respectfully submitted,

*/s/ Jonathan R. Nelson*      */s/ Sujata S. Gibson*
Counsel for Plaintiffs             Counsel for Plaintiffs

cc:    All counsel via ECF