# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of August, two thousand twenty-two.

Before: William J. Nardini,
*Circuit Judge.*

_____

| | |
|---|---|
| New Yorkers For Religious Liberty, Inc., Gennaro Agovino, Curtis Cutler, Liz Delgado, Janine Demartini, Brendan Fogarty, Sabina Kolenovic, Krista Odea, Dean Paolillo, Dennis Pillet, Matthew Rivera, Laura Satira, Frank Schimenti, James Schmitt, | **ORDER** <br><br> Docket No. 22-1801 |

Plaintiffs - Appellants,

v.

City of New York, Eric Adams, Dave Chokshi, in his official capacity as Health Commissioner of the City of New York,

Defendants - Appellees,

Roberta Reardon,

Defendant.

_____

Appellants move for an emergency injunction pending appeal and for expedited briefing.

IT IS HEREBY ORDERED that, to the extent the motion seeks a temporary injunction pending review by a three-judge panel, the motion is DENIED. The motion is REFERRED to a three-judge motions panel on an expedited basis.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/24/2022