E.D.N.Y. – Bklyn<br>
22-cv-752<br>
Gujarati, J.<br>
Scanlon, M.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand twenty-two.

Before:   Raymond J. Lohier, Jr.,
*Circuit Judge.*

---

New Yorkers For Religious Liberty, Inc., et al.,

*Plaintiffs-Appellants*,

v.                                                                                                                22-1801

City of New York, et al.,

*Defendants-Appellees*,

Roberta Reardon,

*Defendant*.

---

Appellants move to consolidate this appeal with *Kane v. de Blasio*, 2d Cir. 22-1876, to expedite the appeal, and for leave to file an oversized brief. Upon due consideration, it is hereby ORDERED that the motion to consolidate is GRANTED and the remaining motions are DEFERRED to the panel that will consider the injunction motions and any other motions pending in the consolidated appeals.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 13, 2022