## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORKERS FOR RELIGIOUS LIBERTY, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF NEW YORK, et al.,<br><br>Defendants. | Case No. 1:22-cv-00752<br><br>AFFIRMATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |

SARAH E. CHILD, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with the law firm Nelson Madden Black LLP, attorneys for the Plaintiffs in this action. As such, I am fully familiar with the facts and circumstances I describe below.

2. As of tomorrow, July 1, 2023, I will no longer be affiliated with the law firm Nelson Madden Black LLP.

3. Jonathan Robert Nelson of Nelson Madden Black LLP, Barry Black of Nelson Madden Black LLP, and Sujata S. Gibson of Gibson Law Firm, PLLC shall remain as counsel for the Plaintiffs in this action.

4. My withdrawal will have no adverse impact on Plaintiffs who continue to be represented by Jonathan Robert Nelson of Nelson Madden Black LLP, Barry Black of Nelson Madden Black LLP, and Sujata S. Gibson of Gibson Law Firm, PLLC.

5. I am not asserting a retaining or charging lien.

6. With respect to procedural posture, Plaintiffs appealed this Court's August 11, 2022 Order

denying Plaintiffs' Motion for a Preliminary Injunction to the Second Circuit. That appeal has been fully briefed and was argued on February 8, 2023. The parties are awaiting a decision from the Second Circuit.

7. For the foregoing reasons, I respectfully request that the Court order my withdrawal as counsel of record for Plaintiffs.

Dated: New York, New York
June 30, 2023

                                            Respectfully submitted,
                                            */s/ Sarah E. Child*
                                            Sarah E. Child, Esq.