

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **LORA MINICUCCI**<br>Assistant Corporation Counsel<br>Labor and Employment Law Division<br>Phone: (212) 356-2078<br>Fax: (212) 356-3509<br>lminicuc@law.nyc.gov |

October 10, 2023

**BY ECF**
Honorable Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
225 East Cadman Plaza
Brooklyn, New York 11201

        Re:    New Yorkers for Religious Liberty, et al. v. City of New York, et al.
                22 Civ. 752 (DG) (VMS)

Your Honor:

       I am an attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent defendants City Of New York, Eric Adams, and Dave Chokshi ("City Defendants") in the above-referenced matter.  Pursuant to the Court's Order dated April 4, 2023, City Defendants submit this status report on behalf of all parties.

       By way of background, on October 14, 2022, the parties proposed a briefing schedule on City Defendants' anticipated motion to dismiss to begin after the Second Circuit Court of Appeals decision on Plaintiffs' pending appeal before that court (Case No. 22-1801).  See Joint Letter dated October 14, 2022, ECF No. 120.  On October 17, 2022, Your Honor denied the parties' request for a briefing schedule without prejudice to renewal following the Second Circuit's decision and directed the parties to jointly submit a status report within one week of the Second Circuit's decision, or by January 3, 2023, whichever date is earlier.  See Civil Docket Sheet Order dated October 17, 2022.  On January 5, 2023, following the parties' joint letter, Your Honor directed the parties to jointly submit a status report within one week of the Second Circuit's decision, or by April 3, 2023, whichever date is earlier.  See Civil Docket Sheet Order dated January 5, 2023. On April 3, the parties jointly submitted a status report letter.  See Joint Letter dated April 3, 2023, ECF No. 122. On April 4, 2023, following the parties' joint letter, Your Honor directed the parties to jointly submit a status report within one week of the Second Circuit's decision, or by July 7, 2023, whichever date is earlier. See Civil Docket Sheet Order dated April 4, 2023.

- 2 -

      Oral argument for Plaintiffs' appeal was heard on February 8, 2023.  For the reasons stated in the parties' October 14, 2022 letter, the parties continue to jointly request that briefing on City Defendant's anticipated motion not begin until Plaintiffs' appeal has been resolved on the merits.

      Thank you for your consideration of this request.

      Respectfully submitted,

      */s/ Lora Minicucci*
      Lora Minicucci
      Assistant Corporation Counsel

cc:    Counsel for Plaintiffs (via ECF)