# GIBSON LAW FIRM, PLLC

SUJATA S. GIBSON, ESQ.
120 E Buffalo St., Suite 2
Ithaca, New York 14850

July 15, 2024

**BY ECF**
Honorable Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
225 East Cadman Plaza
Brooklyn, New York 11201

    Re: New Yorkers for Religious Liberty, et al. v. City of New York, et al.
       22 Civ. 752 (DG) (VMS)

Dear Judge Gujarati

  I am Co-Counsel for the Plaintiffs in this matter. Pursuant to the Court's Order dated March 18, 2024, Plaintiffs submit this status report on behalf of all parties.

  As yet, no decision has been issued by the Second Department. Oral argument for Plaintiffs' appeal was heard on February 8, 2023.

          Respectfully Submitted,

          */s/ Sujata S. Gibson*
          Counsel for the Plaintiffs

Cc: All counsel via ECF