# GIBSON LAW FIRM, PLLC

Sujata S. Gibson, Esq.
120 E Buffalo St., Suite 2
Ithaca, New York 14850

---

November 15, 2024

**BY ECF**
Honorable Diane Gujarati
United States District Judge
United States District Court
Eastern District of New York
225 East Cadman Plaza
Brooklyn, New York 11201

      Re:    New Yorkers for Religious Liberty, et al. v. City of New York, et al.
                  22 Civ. 752 (DG) (VMS)

Dear Judge Gujarati

    I am Co-Counsel for the Plaintiffs in this matter. Pursuant to the Court's Order dated July 16, 2024, Plaintiffs submit this status report on behalf of all parties.

    The Second Circuit issued a decision in this appeal on November 13, 2024. The parties respectfully request a conference to discuss next steps in this litigation.

                                                     Respectfully Submitted,

                                                     */s/ Sujata S. Gibson*
                                                     Counsel for the Plaintiffs

Cc:    All counsel via ECF