# GIBSON LAW FIRM, PLLC

120 E Buffalo St., Suite 2
Ithaca, New York 14850

June 9, 2025

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    New Yorkers For Religious Liberty, Inc. et al. v. The City of New York et al.,
>        Case No. 1:22-cv-00752-DG-VMS Request for Adjournment (Motion to Amend)

Dear Judge Scanlon:

Plaintiffs respectfully request, with the consent of Defendants, an adjournment of the deadlines for the Plaintiff's motion to amend, as set forth in the Court's scheduling order following the May 6, 2025, status conference. Due to unforeseen and serious circumstances, Plaintiffs were unable to serve the motion to amend by the original deadline of June 6, 2025, and we therefore seek nunc pro tunc approval of the proposed adjusted schedule stipulated by the parties.

On Friday, June 6, 2025, the original deadline, I promptly contacted Defendants' counsel to request their consent to adjourn the deadline for serving the motion to amend. Today, June 9, 2025, Defendants' counsel confirmed their agreement to the following revised schedule:

- Plaintiffs to serve their motion to amend by June 25, 2025;
- Defendants to serve their response by July 25, 2025;
- Plaintiffs to serve their reply by August 15, 2025;
- Fully briefed motion to be bundled and filed with the Court by August 18, 2025.

This proposed schedule accommodates the parties' respective obligations while ensuring compliance with the Court's bundling rule. The requested adjournment will not prejudice any party and will facilitate the efficient resolution of the motion. Given that the original deadline has passed, we respectfully request that the Court grant this adjournment nunc pro tunc to June 6, 2025, to reflect the good-faith effort to secure Defendants' consent on the original deadline date and the parties' subsequent agreement. This is the first request for adjournment on this motion.

We thank the Court for its consideration of this request. Should the Court require additional information or a proposed order, please advise, and we will promptly provide the same.

Respectfully Submitted,

*/s/ Sujata S. Gibson*
Sujata S. Gibson

TELEPHONE: (607) 327-4125                                    EMAIL: SUJATA@GIBSONFIRM.LAW

Gibson Law Firm, PLLC
120 E Buffalo St, Suite 2
Ithaca, NY 14850
Counsel for the Plaintiffs


CC:    All counsel via ECF