

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**KATHLEEN M. LINNANE**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2467
E-mail: klinnane@law.nyc.gov

July 22, 2025

**By ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  New Yorkers for Religious Liberty, Inc., et al. v. City of New York, et al.
1:22-cv-00752-DG-VMS

Dear Judge Scanlon:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the defendants, the City of New York, Eric Adams, and Dave Chokshi ("Defendants") in the above-referenced action. I write to respectfully request an extension of time for Defendants to serve an opposition to Plaintiffs' motion to amend the Amended Complaint. This is Defendants' first request for an extension of time to file an opposition to Plaintiffs' motion to amend, and the requested extension does not affect any scheduled dates.

By way of background, Plaintiffs commenced this proceeding on February 2, 2022, and on May 17, 2022, sought leave of the Court to amend the complaint because certain "allegations were inadvertently deleted from the final draft" of the complaint. See ECF No. 70. On June 17, 2022, Plaintiffs filed an Amended Complaint. See ECF No. 77. Following a telephonic conference on May 6, 2025, during which the parties discussed Plaintiffs' request to amend the complaint a second time, the Court ordered Plaintiffs to serve their motion to amend by June 6, 2025. On June 9, 2025, Plaintiffs sought an extension of time to serve their motion, and the parties agreed that Plaintiffs would serve the motion by June 25, 2025, with Defendants' response due by July 25, 2025, and Plaintiffs' reply due by August 15, 2025. See ECF 142.

1:22-cv-00752-DG-VMS
Page 2

On June 25, 2025, Plaintiffs' motion to amend was served on Defendants. Defendants now seek an extension of time to respond to Plaintiffs' motion. Thus, the parties propose the following revisions to the briefing schedule:

- Defendants shall serve their opposition to Plaintiffs' motion to amend on or before August 15, 2025;
- Plaintiffs shall serve their reply on or before September 16, 2025;
- The fully-briefed motion shall be filed with the Court, in accordance with the Court's bundling rule, on or before September 17, 2025.

The requested extension is necessary because Plaintiffs' proposed second amended complaint, comprising eighty-seven (87) pages and 736 paragraphs, names three new plaintiffs and sets forth various causes of action against Defendants predicated on entirely new allegations. Additional time is needed to collect and review documents in order to appropriately respond to Plaintiff's motion to amend, and to speak with potential witnesses concerning the allegations and arguments included therein.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Kathleen M. Linnane*

Kathleen M. Linnane
Senior Counsel

cc:    All Counsel of Record
       (By ECF)