GIBSON LAW FIRM, PLLC
Sujata S. Gibson, Esq.
120 E Buffalo Street, Suite 2
Ithaca, NY 14850

NELSON MADDEN BLACK LLP
Jonathan R. Nelson, Esq.
475 Park Ave. S., Suite 2800
New York, NY 10016

June 29, 2025

**By ECF**
Hon. Vera M. Scanlon
United Stated Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *New Yorkers for Religious Liberty, Inc. et al. v. The City of New York et al.*
              Case No.: 1:22-cv-00752-DG-VMS
              Consent to Defendants' Proposed Revised Briefing Schedule

Dear Judge Scanlon:

We are in receipt of your docket text order dated July 25, 2025 requesting that Plaintiffs file a letter by July 30, 2025 indicating whether they consent to Defendants' proposed revised briefing schedule.

Please be advised that we give our consent to Defendants' proposed revised briefing schedule.

Thank you for your attention to this matter.


Respectfully submitted,

/s/ Sujata S. Gibson
Counsel for Plaintiffs

/s/ Jonathan R. Nelson
Counsel for Plaintiffs


cc: Counsel of Record (via ECF)