**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

NEW YORKERS FOR RELIGIOUS LIBERTY, INC.,
et al.,

                          Plaintiffs,

                - against -

THE CITY OF NEW YORK, et al.,

                          Defendants.

**NOTICE OF MOTION TO
AMEND FIRST AMENDED
COMPLAINT**

1:22-cv-00752 (DG) (VMS)

Oral Arguments Requested

------------------------------------------------------------------------ x

PLEASE TAKE NOTICE that upon the accompanying Declaration of Sujata Gibson, dated June 25, 2025, with exhibits including the proposed Second Amended Complaint and redline version annexed thereto, Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Leave to Amend the First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and all prior pleadings and proceedings herein, Plaintiffs by and through counsel, will move this Court before the Honorable Vera M. Scanlon, Chief Magistrate Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, at a ____A.M. on the ____day of _____, 2025, or at such other date or time as the Court sets forth for an Order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure granting Plaintiffs leave to file a Second Amended Complaint, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1 of the United States District Courts for the Southern and Eastern Districts of New York, opposition papers, if any, must be served on Plaintiffs' counsel or before July 25, 2025 in accordance with the Court's order and bundling rules.

Dated:    Ithaca, New York
          June 25, 2025

/s/ Sujata S. Gibson

Gibson Law Firm, PLLC
SUJATA S. GIBSON
120 E. Buffalo St, Suite 2
Ithaca, NY 14850
(607) 327-4125
Email: sujata@gibsonfirm.law

TO:    Kathleen Linnane
       Attorneys for Defendants
       Assistant Corporation Counsel
       City of New York Law Department
       100 Church Street,
       New York, NY 10007
       (212) 356-0821
       klinnane@law.nyc.gov
       Filed electronically via CM/ECF