# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NEW YORKERS FOR RELIGIOUS LIBERTY, INC., GENNARO AGOVINO, CURTIS CUTLER, LIZ DELGADO, JANINE DEMARTINI, BRENDAN FOGARTY, SABINA KOLENOVIC, KRISTA O'DEA, DEAN PAOLILLO, DENNIS PILLET, MATTHEW RIVERA, LAURA SATIRA, FRANK SCHIMENTI, JAMES SCHMITT, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>THE CITY OF NEW YORK, et al.,<br><br>Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No. 1:22-cv-00752 (DG)(CHK) |

**TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

SUJATA S. GIBSON, ESQ., State Bar No.: 4585824

I am an attorney for the Plaintiffs in this matter.

FIRM INFORMATION

OLD FIRM ADDRESS:          FIRM NAME: Gibson Law Firm, PLLC
                          FIRM ADDRESS: 120 E Buffalo St., Ste. 2, Ithaca, NY 14850
                          FIRM TELEPHONE NUMBER: (607) 327-3284
                          FIRM FAX NUMBER: (607) 238-4689

NEW FIRM ADDRESS:          FIRM NAME: Gibson Law Firm, PLLC
                          FIRM ADDRESS: 416 N Tioga St., Ste. 4, Ithaca, NY 14850
                          FIRM TELEPHONE NUMBER: (607) 327-3284
                          FIRM FAX NUMBER: (607) 238-4689

I will continue to be counsel of record on the above-entitled case at my new firm address.

Dated:  Ithaca, New York
        August 6, 2026

*Sujata Gibson*
_____
SUJATA S. GIBSON, ESQ.
sujata@gibsonfirm.law